**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**CHRISTIAN A. MILES, ESQ.**
Nevada Bar No. 13193
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119-3724**
Phone: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
camiles@wolfewyman.com

Attorneys for Defendant/Counterclaimant
**DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT CANYON RESOURCES, LLC,<br><br>    Plaintiff,<br>  v.<br><br>MERLE LOCANAS; GREEN TREE SERVICING, LLC; NATIONSTAR MORTGAGE, LLC; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive<br><br>    Defendants. | CASE NO: 2:15-cv-00409-LDG-PAL<br><br>**GREEN TREE SERVICING LLC'S ORDER TO EXTEND THE DEADLINE TO RESPOND TO GIAVANNA HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |
| GREEN TREE SERVICING LLC<br><br>    Counterclaimant,<br>  v.<br><br>SUMMIT CANYON RESOURCES, LLC; GIAVANNA HOMEOWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive<br><br>    Counter-Defendant. | |

5

2582128.1

| | |
|---|---|
| 1 | GIAVANNA HOMEOWNERS ASSOCIATION; A Nevada Non-Profit corporation, |
| 2 | |
| 3 |        Third-Party Plaintiff,,<br>v. |
| 4 | Absolute Collection Services, LLC, a Nevada Limited liability company; and |
| 5 | DOES I through X, inclusive |
| 6 |        Third-Party-Defendant. |

    Pursuant to the Stipulation of Ditech Financial LLC f/k/a Green Tree Servicing LLC and Giavanna Homeowners Association, and good cause appearing therefore,

    IT IS HEREBY ORDERED that DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC shall have up to and including October 27, 2016 to respond to GIAVANNA HOMEOWNERS ASSOCIATION's Motion for Summary Judgment.

    DATED this \_31\_\_\_ day of October, 2016.

                                                          United States District Judge<br>
                                                          Lloyd D. George

2582128.1