1  COLT B. DODRILL, ESQ.
   Nevada Bar No. 9000
2  CHRISTIAN A. MILES, ESQ.
   Nevada Bar No. 13193
3  WOLFE & WYMAN LLP
   6757 Spencer Street
4  Las Vegas, NV 89119-3724
   Phone: (702) 476-0100
5  Fax: (702) 476-0101
   cbdodrill@wolfewyman.com
6  camiles@wolfewyman.com

7  Attorneys for Defendant/Counterclaimant
   DITECH FINANCIAL LLC F/K/A GREEN
8  TREE SERVICING LLC

9               UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 | SUMMIT CANYON RESOURCES, LLC, | CASE NO: 2:15-cv-00409-LDG-PAL |

12              Plaintiff,           **GREEN TREE SERVICING LLC'S**
      v.                             **ORDER TO EXTEND THE DEADLINE**
13                                   **FOR REPLIES IN SUPPORT OF**
   MERLE LOCANAS; GREEN TREE SERVICING, **MOTIONS FOR SUMMARY**
14 LLC; NATIONSTAR MORTGAGE, LLC; DOES  **JUDGMENT**
   1 through 10, inclusive; ROE CORPORATIONS
15 1 through 10, inclusive

16              Defendants.

17 GREEN TREE SERVICING LLC

18              Counterclaimant,
      v.
19
   SUMMIT CANYON RESOURCES, LLC;
20 GIAVANNA HOMEOWNERS ASSOCIATION;
   DOES 1 through 10, inclusive; ROE
21 CORPORATIONS 1 through 10, inclusive

22              Counter-Defendant.

23 GIAVANNA HOMEOWNERS ASSOCIATION;
   A Nevada Non-Profit corporation,
24
                Third-Party Plaintiff,,
25    v.

26 Absolute Collection Services, LLC, a Nevada
   Limited liability company; and
27 DOES I through X, inclusive

28              Third-Party-Defendant.

                        5

Pursuant to the Stipulation of Ditech Financial LLC f/k/a Green Tree Servicing LLC, Giavanna Homeowners Association, and Summit Canyon Resources, LLC, and good cause appearing therefore,

IT IS HEREBY ORDERED that Ditech Financial LLC f/k/a Green Tree Servicing LLC, Giavanna Homeowners Association, and Summit Canyon Resources, LLC shall have up to and including December 1, 2016 to file a Reply in support of their respective Motions for Summary Judgment.

DATED this _____ day of November, 2016.

_____
United States District Judge Lloyd D. George
Lloyd D. George

2593504.1